# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HERNANDEZ-RIOS, | 1:08-cv-01292 SMS (HC) |
| Petitioner, | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO STIPULATION |
| v. | |
| NEIL. H. ADLER, Warden, | [Doc. 10] |
| Respondent. | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  (Court Docs. 3, 8.)

    Petitioner filed the instant petition for writ of habeas corpus on September 2, 2008. (Court Doc. 1.)  On September 18, 2008, the Court directed Respondent to submit a response to the petition.  (Court Doc. 4.)

    On October 9, 2008, Respondent, along with Petitioner, filed a stipulation to dismiss the petition. (Court Doc. 10.)  Respondent submits that there was an administrative error in the SENTRY Education and Sentence Computation records, resulting in a total adjustment of thirty-six (36) additional days of Good Conduct Time.  The adjustment made by Respondent provides the relief requested in the instant petition.  Accordingly, based on the stipulation of dismissal, signed by both Respondent and Petitioner, the instant petition for writ of habeas corpus is HEREBY DISMISSED.

1  IT IS SO ORDERED.

2  Dated:     October 10, 2008                            /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE